UNITED STATES of America, Plaintiff–Appellee

v.

Ernesto NIETO–TORRES, also known as Ernesto Alonso Nieto–Torres, also known as Ernesto Alonso Nieto Torres, Defendant–Appellant.

No. 11–50492
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 21, 2014.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Kenneth Del Valle, Esq., El Paso, TX, for Defendant–Appellant.

Ernesto Nieto–Torres, Pecos, TX, pro se.

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM: *

Ernesto Nieto–Torres appeals the sentence imposed following his conviction for illegal reentry into the United States. He argues that his sentence is unreasonable because the district court relied on his

---

need for medical treatment to impose or lengthen his sentence. Because Nieto–Torres has completed his imprisonment term and has been removed from the United States, any challenge to his sentence is moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 382–83 (5th Cir. 2007).

APPEAL DISMISSED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.